[No. 42559-5-I.    Division One.    July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN KILLEBREW, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00429-1, Susan K. Cook, J., entered April 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42615-0-I.    Division One.    July 26, 1999.]

JAY F. PATTERSON, *Appellant*, v. BURLINGTON NORTHERN RAILROAD CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-31629-6, Larry Jordan, J., entered April 14, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Appelwick, J.; Baker, J., dissenting.

[No. 42837-3-I.    Division One.    July 26, 1999.]

JAMES JANDA, *Appellant*, v. BRIER REALTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-03618-4, Joseph A. Thibodeau, J., entered May 15, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Becker, J. Now published at 97 Wn. App. 45.

[No. 42995-7-I.    Division One.    July 26, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MIS SHERELLE GIBSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00306-1, Charles S. French, J., entered July 6, 1998. *Reversed* by unpublished per curiam opinion.